UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ARTHUR COTA** | **CIVIL ACTION NO. 5:07CV1812** |
| **VERSUS** | **JUDGE HICKS** |
| **USA** | **MAGISTRATE JUDGE HORNSBY** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

   **x**   **The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.**

   ___   ~~The certificate of appealability is GRANTED for the below reasons:~~

   ___   ~~The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:~~

Signed in Shreveport, Louisiana this 26th day of December, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE